IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| J&H WEB TECHNOLOGIES, LLC | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00277-JRG |
| MICROSOFT CORPORATION | § § § | (Lead Case) |
| | | |
| J&H WEB TECHNOLOGIES, LLC | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00280-JRG |
| GOOGLE LLC | § § § § | (Member Case) |

## ORDER

Before the Court is the Joint Stipulation of Dismissal of Google LLC (the "Stipulation") filed by Plaintiff J&H Web Technologies, LLC ("J&H") and Defendant Google LLC ("Google"). (Dkt. No. 21). In the Stipulation, J&H and Google stipulate to dismissal with prejudice of all claims of infringement in Case No. 2:23-cv-00280-JRG pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims of infringement in Case No. 2:23-cv-00280-JRG are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in Case No. 2:23-cv-00280-JRG not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** Case No. 2:23-cv-00280-JRG as no parties or claims remain. Lead Case No. 2:23-cv-00277-JRG is to remain **OPEN** as parties and claims remain in that case.

**So ORDERED and SIGNED this 27th day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE