IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| J&H WEB TECHNOLOGIES, LLC, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-CV-00278-JRG |
| | § | (Lead Case) |
| BLOOP SRL. | § | |

| | | |
|---|---|---|
| J&H WEB TECHNOLOGIES, LLC, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-CV-00277-JRG |
| | § | (Member Case) |
| MICROSOFT CORPORATION. | § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss with Prejudice as to Plaintiff's Claims and Without Prejudice as to Defendant's Counterclaims (the "Joint Motion") filed by Plaintiff and Counter-Defendant J&H Web Technologies, LLC ("J&H") and Defendant and Counter-Claimant Microsoft Corporation ("Microsoft") (collectively, "Parties"). (Dkt. No. 23). In the Joint Motion, J&H and Microsoft notify the Court that they have "settled their respective claims for relief asserted in this litigation." (*Id.* at 1). As such, J&H and Microsoft request that the Court dismiss all claims asserted by J&H against Microsoft with prejudice, and all counterclaims asserted by Microsoft against J&H without prejudice. (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that J&H's claims for relief against Microsoft are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Microsoft's counterclaims against J&H are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned cases between only J&H and Microsoft and not explicitly granted herein are **DENIED AS MOOT**. The Clerk shall **CLOSE** member Case No. 2:23-cv-277, but in light of the live disputes between J&H and Defendant Bloop SRL in the lead case, the Clerk of Court is directed to **MAINTAIN AS OPEN** the lead Case No. 2:23-cv-278.

**So Ordered this**
**Feb 8, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE